```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 05981
   MAURICIO MARTINEZ
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5880


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/13/2008 and was confirmed 06/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------
GMAC                       UNSEC W/INTER    6851.71          .00         .00
JC PENNY                   UNSEC W/INTER  NOT FILED          .00         .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER  NOT FILED          .00         .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER  NOT FILED          .00         .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     727.02          .00         .00
TARGET NATIONAL BANK       UNSEC W/INTER  NOT FILED          .00         .00
WASHINGTON MUTUAL BANK     CURRENT MORTG   5861.32           .00     5861.32
WASHINGTON MUTUAL BANK     SECURED NOT I  19223.89           .00         .00
WASHINGTON MUTUAL BANK     NOTICE ONLY    NOT FILED          .00         .00
ILLINOIS DEPT OF REVENUE   PRIORITY        3388.65           .00         .00
WASHINGTON MUTUAL BANK     NOTICE ONLY    NOT FILED          .00         .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    335.70           .00         .00
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER    421.19           .00         .00
MELVIN J KAPLAN            DEBTOR ATTY         .00                       .00
TOM VAUGHN                 TRUSTEE                                    509.68
DEBTOR REFUND              REFUND                                   1,500.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   7,871.00

PRIORITY                                         .00
SECURED                                     5,861.32
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                           509.68
DEBTOR REFUND                                1,500.00
                         --------------    --------------
TOTALS                    7,871.00           7,871.00


                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 05981 MAURICIO MARTINEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                              PAGE   2
        CASE NO. 08 B 05981 MAURICIO MARTINEZ